HUFF et al. v. COMMISSIONER OF INTERNAL REVENUE.

No. 6213.

Circuit Court of Appeals, Fifth Circuit.

July 21, 1938.

For former opinion, see 56 F.2d 788.

Harry C. Weeks, of Wichita Falls, Tex., for petitioners.

G. A. Youngquist and James W. Morris, Asst. Attys. Gen., and Sewall Key, J. P. Jackson, and Frank J. Ready, Sp. Assts. to the Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and R. N. McMillan, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

FOSTER, Circuit Judge.

On consideration of the motion filed by the respondent in the above entitled and numbered cause;

It is ordered that the judgment of this Court entered in this case on March 11th, 1932, be, and the same is hereby, set aside and annulled; and

It is now ordered, adjudged and decreed by this Court, in accordance with the judgment of the United States Supreme Court entered on February 6th, 1933, Burnet v. Huff, 288 U.S. 156, 53 S.Ct. 330, 77 L.Ed. 670, that the judgment of the United States Board of Tax Appeals in this cause be, and the same is hereby, affirmed.

ILLINOIS LUMBER & MATERIAL DEALERS ASSOCIATION, Inc., an Illinois Corporation, Petitioner, v. FEDERAL TRADE COMMISSION, Respondent.

No. 6645.

Circuit Court of Appeals, Seventh Circuit.

June 28, 1938.

SPARKS, Circuit Judge.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this cause, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated and agreed by and between the Illinois Lumber & Material Dealers Association, Inc., a corporation, appellant, by Amos C. Miller, Edward R. Adams, James B. Wescott and William Simon, its attorneys, and the Federal Trade Commission, appellee, by W. T. Kelley, Chief Counsel, that the above entitled cause may be dismissed without prejudice and without costs.

"Illinois Lumber & Material Dealers Association, Inc., a corporation,
    By  Amos C. Miller
        Edwin R. Adams
        James B. Wescott
        William Simon
                    Its Attorneys
"Federal Trade Commission
    By  W. T. Kelley
                    Chief Counsel"

On consideration whereof, it is now here ordered and adjudged by this Court that this cause be, and the same is hereby, dismissed without prejudice and without costs pursuant to the foregoing stipulation.